# IN THE SUPREME COURT OF THE STATE OF NEVADA

KYMBERLIE JOY HURD,
Appellant,

vs.

MARIO OPIPARI,
Respondent.

No. 84784

**FILED**

JUN 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's motion to set aside pretrial emergency orders regarding visitation and custody. Eighth Judicial District Court, Family Court Division, Clark County; Bill Henderson, Judge.

The order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule allows for an appeal from the designated order. *See generally In re Temporary Custody of Five Minor Children*, 105 Nev. 441, 777 P.2d 901 (1989) (stating that no appeal may be taken from a temporary order subject to periodic mandatory review). This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-18494

cc:    Hon. Bill Henderson, District Judge, Family Court Division
        Kymberlie Joy Hurd
        Crome Law Firm
        Eighth District Court Clerk